```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CBKZZ INVESTMENT LLC d/b/a CASA ROSA HOTEL,

Plaintiffs,

-against-

RENAISSANCE RE SYNDICATE 1458 LLOYDS and MT. HAWLEY INSURANCE COMPANY,

Defendants.

---

1:22-cv-10672 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court scheduled an Initial Pretrial Conference with the parties in this matter for April 14, 2023. The Court directed the parties to submit, one week before the Conference, a Joint Letter and Proposed Case Management Plan, as required by this Court's Individual Rules of Practice. [ECF No. 29]. To date, the parties have not submitted a Joint Letter or Proposed Case Management Plan.

As such, the parties are HEREBY ORDERED to submit a Joint Letter and Proposed Case Management on or before April 11, 2023.

**FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN SANCTIONS. THE COURT WILL NOT ADJOURN THIS CONFERENCE BECAUSE OF THE PARTIES' FAILURE TO COMPLY WITH THE COURT'S ORDERS**.

SO ORDERED.

Date: April 10, 2023
New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**