UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CMKZZ INVESTMENT LLC d/b/a CASA ROSA HOTEL,<br><br>       Plaintiff,<br><br>     -against-<br><br>RENAISSANCE RE SYNDICATE 1458 LLOYDS, and MT. HAWLEY INSURANCE COMPANY,<br><br>       Defendants. | 22-CV-10672 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Defendants' motion to compel (Dkt. 44) is granted in part and denied in part for the reasons stated on the record of the October 6, 2023 conference. No later than **October 11, 2023** at **5 PM**, Plaintiff is hereby ORDERED to e-mail to the Court and to defendants the emails related to its request for and receipt of the disputed bid, as well as a declaration signed under penalty of perjury explaining the relationship of the individual who prepared the bid with DM roofing. Defendants' motion is denied in all other respects. The Clerk of Court is directed to terminate the motion at ECF No. 44.

  In addition, the parties shall file any motions for summary judgment or to exclude expert witnesses no later than October 27, 2023. Any opposition briefs are due November 10, 2023, and reply briefs are due December 1, 2023.

  The November 22, 2023 status letter deadline and the November 29, 2023 conference are adjourned *sine die*.

  SO ORDERED.

Dated: October 11, 2023
    New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge