UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CBKZZ INVESTMENT LLC d/b/a
CASA ROSA HOTEL,

                            Plaintiff,        1:22-CV-10672-AS
                                        **JOINT STIPULATION**
        -against-                    **OF DISMISSAL**

RENAISSANCE RE SYNDICATE 1458
LLOYDS and MT. HAWLEY INSURANCE
COMPANY,
                            Defendants.
-------------------------------------------------------------------X

TO THE HONORABLE JUDGE OF SAID COURT:

      Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff CBKZZ Investment LLC d/b/a Casa Rosa Hotel and Defendants Mt. Hawley Insurance Company and Renaissance Re Syndicate 1458 Lloyd's (the "**Parties**") hereby submit this Joint Stipulation of Dismissal with Prejudice and would respectfully show the Court as follows:

1. The Parties have reached a settlement regarding all claims asserted in the above-captioned lawsuit. Pursuant to the terms of that settlement, the Parties agreed to seek the dismissal of all claims asserted, or which could have been asserted, by the Parties against each other in this action, with prejudice. The Parties hereby stipulate to the dismissal of all such claims with prejudice.

2. The Parties have further agreed that all costs, expenses, and attorneys' fees are to be borne by the party incurring same.

1

WHEREFORE, PREMISES CONSIDERED, Plaintiff CBKZZ Investment LLC d/b/a Casa Rosa Hotel and Defendants Mt. Hawley Insurance Company and Renaissance Re Syndicate 1458 Lloyd's respectfully present this stipulation and request the Court dismiss this civil action with prejudice as provided hereinabove, with all costs, expenses, and attorneys' fees to be borne by the party incurring same.

The upcoming conference and trial in this case are hereby CANCELED.

The Clerk of Court is directed to terminate the motion at ECF Nos. 60 at 63 and close this case.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: July 1, 2024

Respectfully submitted,

**ZAR LAW FIRM**

Matthew Zarghouni
State Bar No. 24086085
17 S Briar Hollow Ln, Suite 400A
Houston, TX 77027
Office: (713) 333-5533
Fax: (281) 888-3150
Matt@zar-law.com

**ATTORNEY FOR PLAINTIFF**

Greg K. Winslett
State Bar No. 21781900
Richard L. Smith, III
State Bar No. 24098446
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100
(214) 871-2111 (Fax)
gwinslett@qslwm.com
rlsmith@qslwm.com

**ATTORNEYS FOR DEFENDANTS**